CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JAN 25 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES ALEXANDER DUNN, <br> Plaintiff, | ) <br> ) Civil Action No. 7:07cv00580 <br> ) |
| v. | ) **FINAL ORDER** <br> ) |
| COMMONWEALTH OF VIRGINIA, <br> Defendants. | ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that this action shall be and hereby is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Any pending motions are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 25th day of January, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge